No. 05–5724. SHABAZZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 05–5725. SERA *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied. 

No. 05–5727. ASCENCIO *v.* MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–5731. LESLIE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 05–5735. WOODARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5736. RAMOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5738. DODSON *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 05–5739. SPIVEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 05–5740. PARRIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 05–5744. WARREN *v.* SMITH, WARDEN. C. A. 3d Cir. Certiorari denied. 

No. 05–5748. ALEXANDER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 05–5750. POWELL *v.* OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 05–5751. TRASVINA ALVAREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–5752. MILBOURNE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.